UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

JUAN A. LABOY,

        Plaintiff-Appellant,          **STIPULATION**

vs.

ONTARIO COUNTY, NEW YORK, et al.      Case #: 15-1806

        Defendants-Appellees.

---

    WHEREAS, the Plaintiff-Appellant, Juan A. Laboy, has previously entered into a settlement and stipulation of discontinuance with Defendant-Appellee, Jason Housel, Esq., in the Western District of New York, and

    WHEREAS, the Mr. Laboy and Mr. Housel wish to discontinue the pending appeal as it relates to Mr. Housel, it is hereby

    STIPULATED AND AGREED, that the appeal in the above-captioned action shall be discontinued as to Defendant-Appellee Jason Housel, Esq.

DATED:     August 11, 2015
                Rochester, New York

                                            s/ David M. Abbatoy, Jr.

                                            DAVID M. ABBATOY, JR.
                                            *on behalf of Juan A. Laboy*

                                            s/ Eric D. Handelman

                                            ERIC D. HANDELMAN
                                            *on behalf of Jason Housel, Esq.*